# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ANGIENETTE FOSTER**                                                                 **PLAINTIFF**

V.                           **CASE NO. 2:15-CV-169-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Carolyn W. Colvin, Commissioner, Social Security Administration, and against Plaintiff Angienette Foster.

IT IS SO ORDERED this 28TH day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE